IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELVIN FRAZIER,
    Plaintiff,

vs.                                                            CASE NO.: 3:10cv81/MCR/MD

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 on February 4, 2010 (doc. 1). He has now filed a letter motion indicating his desire to voluntarily dismiss this case. (Doc. 13).

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion for voluntary dismissal (doc. 13) be granted, that this case be dismissed without prejudice, and the clerk be directed to close the file.

At Pensacola, Florida, this 24th day of May, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).