IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KELVIN FRAZIER,
  Plaintiff,

vs.         Case No. 3:10cv81/MCR/MD

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,
  Defendants.
_____/

## O R D E R

  Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 24, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

  Accordingly, it is now ORDERED as follows:

  1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2. Plaintiff's motion for voluntary dismissal (doc. 13) is granted, this case is dismissed without prejudice, and the clerk is directed to close the file.

  DONE AND ORDERED this 30th day of June, 2010.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**